MEMORANDUM OPINION




No. 04-07-00295-CV



Daniel A. LORENZ,


Appellant



v.



TEXAS WORKFORCE COMMISSION and Wal-Mart Associates, Inc.,


Appellees



From the 216th Judicial District Court, Bandera County, Texas


Trial Court No. 9197-04


Honorable Stephen B. Ables, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: July 18, 2007


DISMISSED FOR LACK OF JURISDICTION

 Daniel A. Lorenz appeals the trial court's order denying his motion for a default judgment.
With exceptions not applicable here, "an appeal may be prosecuted only from a final judgment."
North East Indep. Sch. Dist. v. Aldridge, 400 S.W.2d 893, 895 (Tex. 1966). "[T]o be final a
judgment must dispose of all issues and parties in a case." Id. The trial court's order denying
Lorenz's motion for a default judgment does not dispose of all issues and parties in the case and is
not an order subject to interlocutory appeal. See Tex. Civ. Prac. & Rem. Code Ann. § 51.014
(Vernon Supp. 2006).

 After the clerk's record was filed, we ordered Lorenz to show cause why this appeal should
not be dismissed for lack of jurisdiction. Lorenz did not file a response within the time provided.
Accordingly, we dismiss this appeal for want of jurisdiction.


 PER CURIAM